

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-15-00223-CV**
**NO. 02-15-00224-CV**
**NO. 02-15-00225-CV**
**NO. 02-15-00226-CV**
**NO. 02-15-00227-CV**
**NO. 02-15-00228-CV**
**NO. 02-15-00233-CV**
**NO. 02-15-00234-CV**
**NO. 02-15-00235-CV**
**NO. 02-15-00236-CV**

ADAM K. GOLDEN                                                      APPELLANT

V.

THE STATE OF TEXAS                                                  APPELLEE

------------

FROM THE 432ND DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NOS. 1293990D, 1296000D, 1293989D, 1296288D, 1286758D,
1276101D, 1323790D, 1323812D, 1323805D, 1323795D

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

---

[1]*See* Tex. R. App. P. 47.4.

We have considered "Appellant's Motion to Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeals. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED: August 31, 2015

2